AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

CAROL JARRETT
1554 SHADY TRAIL
WETUMPKA, AL 36092

**WARRANT FOR ARREST**

Case Number: 2:05CR237-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CAROL JARRETT__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with   (brief description of offense)
Aiding & Abetting; Manufacturing Marijuana Plants (1 ct.)
Aiding & Abetting; Possession of Firearms in furtherance of manufacturing marijuana (1 ct.)

in violation of Title __21; 18__ United States Code, Section(s) __841(a)(1); 924(c)(1)(A)(i);__

__DEBRA P. HACKETT__                               _[signature]_                                    __10/5/05__
Name of Issuing Officer                              Signature of Issuing Officer - DEPUTY CLERK      DATE

__CLERK OF COURT__                               MONTGOMERY, ALABAMA
Title of Issuing Officer                           Date and Location

Bail fixed at $ __to be set at initial appearance__                BY __U.S. MAGISTRATE JUDGE__
                                                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |