**FOR THE MIDDLE DISTRICT OF ALABAMA**
☑ Northern    ☐ Southern    ☐ Eastern
**COURTROOM DEPUTY MINUTES**

**DATE:** 10-11-2005    **TIME/DIGITAL RECORDING:** 12:36 — 12:45 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** sql    **CRT RPTR:** _____

**CASE NO.** 2:05cr237-A: 02    **USA vs.** Carol JARRETT

**DEFT ATTY:** Puzone    M/Appt Cnsl, Oral Order
☑ FD  ☐ CJA  ☐ Ret  ☐ Waived  ☐ Standing In  ☐ Retain Cnsl Ntc.
**COURT APPOINTS:**  ☐ FD  ☐ CJA  ☐ Deft. to Retain Counsel

**SUSA:** Hardwick    **USPO/USPTS:** Thweatt

**Interpreter Needed:** ☐ Yes  ☑ No  Name: _____

**LOCATION:**    ☑ ARREST: 10-8-05  ☐ LC  ☐ LO  ☐ LR  ☐ Kars 40

**HEARING**  Held/Set:   ☑ IA. Dft. Advised of Rights   ☐ DETENTION   ☐ PRLHRG
☐ RULE44HRG   ☐ BOND HRG   ☐ PROB/SUP REL VIOLATOR

~~ARR~~   PLEA Entered:  ☐ Guilty  ☐ Not Guilty
Ptrl Cnf Set: _____    Disc DDL Set: _____

☐ CHGPLHRG/CONSENT PLEA *Held*  ☐ *Set for:* _____

☐ Written PLEA AGREEMENT *Filed/Executed*  ☐ Oral Agreement

☐ GUILTY PLEA/*Counts:* _____

☐ COUNTS/DISM/GVT _____  ☐ Oral Motion  ☐ At Sentencing

☐ TRIAL *Set For:* _____  SENTENCING *Set for:* _____

**WAIVERS/CONSENT/AFF:**  ☑ FINAFF   ☐ WVRPRLHRG.   ☐ WVRR40hrg
☐ WVINDICTMENT *Executed & Filed*  ☐ INFORMATION filed
☐ CONSENT TO PROCEED *Executed*
☐ WAIVER OF SPEEDY TRIAL *Executed.* Set for Trial Term: _____

**MOTIONS:**    ☐ DTNHRG   ☐ *Written*   ☐ *Oral*  /  ☐ Govt  ☐ Deft
Detention Hearing Set For: _____
☐ Other _____

**ORDERS:**    ☑ BOND *Executed* $ _____
☐ Cont'd Bond Imposed: _____
☑ Conditions of Release. *Defendant advised of conditions.*
☐ Probable Cause. *Defendant bound over to Grand Jury*
☐ Remvldist _____    ☐ Rem Hrg. *Set:* _____
☐ Temporary Detention Pending *Hearing*    ☐ Pending *Trial*
☐ Seal _____
☐ Other _____

**COMMENTS:** _____