IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr237-A |
| | ) | |
| **CAROL JARRETT** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Carol Jarrett, in the above-styled case.

Dated this 18th day of October 2005.

                                            Respectfully submitted,

                                            s/Jennifer A. Hart
                                            **JENNIFER A. HART**
                                            FEDERAL DEFENDERS
                                            MIDDLE DISTRICT OF ALABAMA
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            jennifer_hart@fd.org
                                            AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Assistant United States Attorney.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189