# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: _10:09 – 10:14am_

- ☐ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE _Delores Boyd_ | DEPUTY CLERK: _S. Q. Long, Jr._ |
| CASE NO. _2:05cr237-A_ | DEFT. NAME: _Carol JARRETT_ |
| USA: _Hardwick_ | ATTY: _Hart_ |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO |
| | ( ) Stand In ONLY |
| USPTSO/USPO:_____ | |

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES    NAME:_____

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel ☐ **ORAL MOTION for Appointment of Counsel** | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization  - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☑karr. | **ARRAIGNMENT** SET FOR: _____ ☑HELD. Plea of **NOT GUILTY** entered. | |
| | ☑Set for _3-20-06_ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | **DISCOVERY DISCLOSURES DATE:** _10-19-05_ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☑kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |