IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA          )
                                  )
     v.                           )       CR. NO. 2:05cr237-A
                                  )
Billy Warren Jarrett, Jr., and    )
Carol Jarret                      )
```

<u>MOTION TO STRIKE THE FORFEITURE ALLEGATION</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike the Forfeiture Allegation from the Indictment returned October 4, 2005.

As grounds, the United States has elected to pursue a civil forfeiture action. A Verified Complaint for Forfeiture <u>In Rem</u> was filed November 3, 2005 and was assigned Civil Action Number 2:05cv01067-CSC.

A proposed Order is filed herewith.

Respectfully submitted this 10th day of November, 2005.

                          FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                          /s/John T. Harmon
                          John T. Harmon
                          Assistant United States Attorney
                          Bar Number: 7068-II58J
                          Office of the United States Attorney
                          Middle District of Alabama
                          One Court Square, Suite 201 (36104)
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          Telephone:(334) 223-7280
                          Facsimile:(334) 223-7560
                          E-mail: John.Harmon@usdoj.gov
                          Bar Number: 7068-II58J


                   CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2005, I electronically

filed the foregoing Motion to Strike the Forfeiture Allegation with

the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following: **Jennifer Anne Hart,**

**Richard K. Keith, and Tommy B. Hardwick.**


                          /s/John T. Harmon
                          John T. Harmon
                          Assistant United States Attorney
                          Office of the United States Attorney
                          Middle District of Alabama
                          One Court Square, Suite 201 (36104)
                          Post Office Box 197
                          Montgomery, Alabama 36101-0197
                          Telephone:(334) 223-7280
                          Facsimile:(334) 223-7560
                          E-mail: John.Harmon@usdoj.gov
                          Bar Number: 7068-II58J