IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr237-A |
| | ) | |
| Billy Warren Jarrett, Jr., and | ) | |
| Carol Jarret | ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken.

DONE this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE