FILED
NOV 15 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR237-A |
| | ) | [21 USC § 841(a)(1); |
| BILLY WARREN JARRETT, JR., and | ) | 18 USC § 924(c)(1)(A)(i); |
| CAROL JARRETT | ) | 18 USC § 922(g)(1); |
| | ) | 18 USC § 2] |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT 1

From a date unknown and continuing up to and including the 28th day of May 2004, in Elmore County, within the Middle District of Alabama,

BILLY WARREN JARRETT, JR., and
CAROL JARRETT,

defendants herein, while aiding and abetting one another, did knowingly and intentionally manufacture 100 or more marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 2

That on or about the 28th day of May, 2004, in Elmore County, within the Middle District of Alabama,

BILLY WARREN JARRETT, JR., and
CAROL JARRETT,

defendants herein, while aiding and abetting one another, did unlawfully and knowingly possess a firearm, that is, a Remington, model 1100, 12 gauge shotgun, serial number P168203V, during and in relation to and in furtherance of the commission of the offense of manufacturing marijuana,

prosecutable in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about the 28th day of May 2004, in Elmore County, within the Middle District of Alabama,

BILLY WARREN JARRETT, JR.,

defendant herein, having been convicted in the Circuit Court of Elmore County, Alabama, on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama,

| CONVICTION DATE | CASE NUMBER | OFFENSE |
| --- | --- | --- |
| October 31, 1991 | CC-91-700 | Possession and Receipt of Controlled Substance |
| July 17, 2001 | CC-01-164 | Theft of Property II |
| November 6, 2001 | CC-01-278 | Possession of Controlled Substance |

did knowingly possess a firearm in and affecting commerce, that is, a Remington, model 1100, 12 gauge shotgun, serial number P168203V, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL!

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

2