# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: __11/30/05__

DIGITAL RECORDING: __10:33 - 10:35__

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: __CHARLES S. COODY__   DEPUTY CLERK: __WANDA STINSON__

CASE NO. __2:05CR237-A-DRB__   DEFT. NAME: __CAROL JARRETT__

USA: __TOMMIE HARDWICK__   ATTY: __JENNIFER HART__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter;
Interpreter present __✓__ NO ___ YES   NAME_____

- ☐ Kars. Date of Arrest _____ or ☐ karsr40
- ☐ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. Deft. First Appearance with Counsel
- ☐ Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ 20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ DETENTION HRG ☐ held; ☐ Set for_____; ☐ Prelim. Hrg ☐ Set for_____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. ☐ BOND EXECUTED (M/D AL charges) $_____ Deft released (kloc LR)
- ☐ loc.(LC) ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ ko. Bond NOT executed. Deft to remain in Marshal's custody
- Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ✓ Karr. ARRAIGNMENT SET FOR:_____ ✓ HELD. Plea of NOT GUILTY entered.
- ✓ Trial Term __3/20/06__; ☐ PRETRIAL CONFERENCE DATE: _____
- ✓ DISCOVERY DISCLOSURES DATE: __PROVIDED__
- ☐ Krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ Kwvspt **Waiver of Speedy Trial Act Rights Executed.**