Items seized from 1554 Shady Trail on 5-28-04

1. Plastic bag w/mari
2. Documents
3. Ziplock plastic bag w/mari seeds
4. Ladies Compact w/mari in plastic bag
5. 4 pills from Carol Jarrett's purse
6. 1 Tylenol Pm bottle w/Assorted pills
7. 1 white pill bottle w/Assorted pills
8. Nine shotgun shells
9. Six Shotgun shells
10. Nine stotgun Shells
11. Remington 1100 12gau Shotgun ser# P168203V
12. Approx. 81 mari plants