

Marijuana bust nets 81 plants
By Bill Kemp, Associate Editor