IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-237-WHA |
| | ) | |
| CAROL JARRETT | ) | |

### ORDER

Pursuant to the Defendant's unopposed *Motion to Inspect and for Preservation of Evidence with Exhibits A&B*[1] (Doc. 38, filed January 5, 2006), it is

**ORDERED** that the motion is **GRANTED.**

Done this 11th day of January, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] At the scheduled pretrial conference on January 9, 2006, the United States acknowledged its lack of opposition to this motion.