IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-237-WHA |
| | ) | |
| CAROL JARRETT | ) | |

ORDER

Pursuant to the *Defendant's Motion to Suppress* (Doc. 37, filed January 4, 2006), it is, for good cause,

**ORDERED** that an **evidentiary hearing** is set at **2:00 p.m.** on **January 26, 2006,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.  It is further **ORDERED** that the United States shall file a response to the motion on or before **January 20, 2006.**  If the Defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Done this 11th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE