IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr237-A |
| | ) | |
| **CAROL JARRETT** | ) | |

**DEFENDANT'S MOTION TO WITHDRAW
PREVIOUSLY FILED MOTION TO SUPPRESS**

**COMES NOW** the Defendant, Carol Jarrett, by and through her undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to withdraw her previously filed Motion to Suppress. As grounds for granting this motion, Defendant would show the following:

1. On January 4, 2006, Carol Jarrett filed a Motion to Suppress in which she sought to suppress evidence seized as a result of the search of her residence in May of 2004.

2. On January 11, 2006 this Court issued an Order scheduling an evidentiary hearing on the suppression motion for January 26, 2006.

3. Since that time, the parties have reached a plea agreement in this case, and the Defendant and the Government now agree that a ruling on the suppression motion is no longer necessary.

**WHEREFORE**, for the foregoing reasons, Ms. Jarrett respectfully requests that her previously filed Motion to Suppress be withdrawn or denied as moot, and that the evidentiary hearing scheduled for January 26, 2006 be canceled..

Dated this 20th day of January 2006.

                    Respectfully submitted,

                    s/Jennifer A. Hart
                    **JENNIFER A. HART**
                    FEDERAL DEFENDERS
                    MIDDLE DISTRICT OF ALABAMA
                    201 Monroe Street, Suite 407
                    Montgomery, AL 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    jennifer_hart@fd.org
                    AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Assistant United States Attorney.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189