IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-237-WHA |
| | ) | [wo] |
| CAROL JARRETT | ) | |

**ORDER ON MOTION**

After consideration of the Defendant's *Motion to Withdraw Previously Filed Motion to Suppress and* (Doc. 48, Jan. 20, 2006) filed by Defendant Carol Jarrett, for good cause, it is **ORDERED** that:

1. The *Motion* (Doc. 48) is **GRANTED.** Accordingly, the Clerk is DIRECTED to make a proper entry on the docket to reflect that Defendant Billy Warren Jarrett, Jr. has withdrawn his *Motion to Suppress and Brief in Support* (Doc. 36, Jan. 4, 2006).

2. The evidentiary hearing set for January 26, 2006 is CANCELLED.

Done this 20th day of January, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE