IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 15 P 12: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BILLY WARREN JARRETT, JR., and | ) |
| CAROL JARRETT | ) |
| | ) |
| | ) |
| | ) |

CR. NO. __02:06cr237-WHA__
[21 USC § 841(a)(1);
18 USC § 922(g)(1);
18 USC § 2]

INFORMATION

The United States Attorney charges:

## COUNT I

From a date unknown and continuing up to and including the 28th day of May 2004, in Elmore County, within the Middle District of Alabama,

### BILLY WARREN JARRETT, JR., and CAROL JARRETT,

defendants herein, while aiding and abetting one another, did knowingly and intentionally manufacture 50 or more marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 2

On or about the 28th day of May 2004, in Elmore County, within the Middle District of Alabama,

### BILLY WARREN JARRETT, JR.,

defendant herein, having been convicted in the Circuit Court of Elmore County, Alabama, on or about the dates set forth below of the offenses set forth below, each a felony punishable by

imprisonment for a term exceeding one year under the laws of the State of Alabama,

| CONVICTION DATE | CASE NUMBER | OFFENSE |
|---|---|---|
| October 31, 1991 | CC-91-700 | Possession and Receipt of Controlled Substance |
| July 17, 2001 | CC-01-164 | Theft of Property II |
| November 6, 2001 | CC-01-278 | Possession of Controlled Substance |

did knowingly possess a firearm in and affecting commerce, that is, a Remington, model 1100, 12

gauge shotgun, serial number P168203V, all in violation of Title 18, United States Code, Section

922(g)(1).

_Leura G. Canary_

LEURA G. CANARY
UNITED STATES ATTORNEY

_Tommie Brown Hardwick_

TOMMIE BROWN HARDWICK
Assistant United States Attorney