# United States District Court

_____ **MIDDLE** _____ DISTRICT OF _____ **ALABAMA** _____

**UNITED STATES OF AMERICA**

v.                                                                    **WAIVER OF INDICTMENT**

**CAROL JARRETT**                                    CASE NUMBER: 2:05cr237-WHA


I, __Carol Jarrett__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 2, AND TITLE 21 USC § 841(a)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3-17-06__ prosecution by indictment and consent that the
                                           Date
proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]* Jennifer A. Hart
Counsel for Defendant

Before *[signature]*
Judicial Officer