**COURTROOM DEPUTY'S MINUTES**  **DATE:** 3-17-2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 10:32 – 11:04 am
**COURT REPORTER:** Jimmy Dickens

- ☐ ARRAIGNMENT
- ☑ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

**PRESIDING MAG. JUDGE:** DRB
**DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05cr237-WHA
**DEFENDANT NAME:** Carol JARRETT
**AUSA:** Hardwick
**DEFENDANT ATTORNEY:** Jennifer Hart
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Pool
Interpreter present? (✓)NO; ( )YES   Name:

- ☐ This is defendant's FIRST APPEARANCE.
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- ☑ WAIVER OF INDICTMENT executed and filed.
- ☐ INFORMATION filed.
- ☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**
- ☐ Not Guilty
- ☑ Guilty as to:
  - ☑ Count(s): 1
  - ☐ Count(s): _____   ☐ dismissed on oral motion of USA
  - ☐ to be dismissed at sentencing

- ☑ Written plea agreement filed   ☐ ORDERED SEALED
- ☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__
- ☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
- DISCOVERY DISCLOSURE DATE:
- ☑ ORDER: Defendant continued under the same bond; ☐ summons; for:
  - ☐ Trial on _____; ☑ Sentencing on _____
- ☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
  - ☐ Trial on _____; or ☐ Sentencing on _____
- ☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  - ☐ Defendant requests time to secure new counsel