IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                      ) | CR. NO. 2:05cr237-WHA |
| CAROL JARRETT            ) | |

## ORDER

Due to a change in the court's calendar, the sentencing of this Defendant, previously scheduled for June 22, 2006, is RESCHEDULED for Tuesday, June 20, 2006, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE