IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**

JUN 20 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr237-WHA |
| | ) | |
| BILLY WARREN JARRETT, JR., and | ) | |
| CAROL JARRETT | ) | |

## MOTION TO DISMISS SUPERSEDING INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Superseding Indictment, heretofore filed, in the above-styled cause to Billy Warren Jarrett, Jr., and Carol Jarrett, on the following grounds, to wit: Billy Jarrett and Carol Jarrett pleaded guilty to a felony Information on March 17, 2006.

Respectfully submitted this the 20th day of June, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**
JUN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr237-WHA |
| | ) | |
| BILLY WARREN JARRETT, JR., and | ) | |
| CAROL JARRETT | | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, I hand delivered the Motion to Dismiss on the following: Jennifer Hart, Esq., and Richard Keith, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

2