# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | June 20, 2006 | AT: | 9:12 a.m. |
| DATE COMPLETED: | June 20, 2006 | AT: | 9:16 a.m. |

UNITED STATES OF AMERICA  )
                          )
vs.                       )   CR. No. 2:05cr237-WHA
                          )
CAROL JARRETT             )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Jennifer Hart |

**COURT OFFICIALS PRESENT**

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Jo Ann Sellers, USPO
Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

Hearing commences.
Defendant is sworn.
Parties have reviewed the presentence report and state that the objection has been resolved.
Court overrules the objection as moot.
Court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objections to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives her right to appeal.
Government files a motion to dismiss the remaining counts on both Defendants in open court.
Court will sign the order dismissing the remaining counts on both Defendants.
Defendant is directed to meet with the probation officer before leaving.