IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:05cr237-WHA |
| ) | |
| BILLY WARREN JARRETT, JR., and ) | |
| CAROL JARRETT ) | |

ORDER

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Billy Warren Jarrett, Jr., and Carol Jarrett, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 22nd day of June, 2006.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE